No. 79–5286.  McNair et al. v. Illinois.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 79–5289.  Spellman et al. v. North Carolina.  Ct. App. N. C.  Certiorari denied.

No. 79–5294.  Johnson v. Ohio.  Sup. Ct. Ohio.  Certiorari denied.

No. 79–5297.  Patterson et al. v. Indiana.  Sup. Ct. Ind. Certiorari denied.

No. 79–5298.  McManues v. Overberg, Correctional Superintendent.  C. A. 6th Cir.  Certiorari denied.

No. 79–5299.  Deutsch v. United States.  C. A. 5th Cir. Certiorari denied.

No. 79–5300.  Piskorski v. Connecticut.  Sup. Ct. Conn. Certiorari denied.

No. 79–5306.  Holmes v. South Carolina.  Sup. Ct. S. C. Certiorari denied.

No. 79–5307.  McCulley et al. v. California.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 79–5310.  Billiot v. Louisiana.  Sup. Ct. La.  Certiorari denied.

No. 79–5315.  Chase v. Kennedy, United States Senator, et al.  C. A. 9th Cir.  Certiorari denied.

No. 79–5316.  Arnold et ux. v. Bruegman et ux.  Ct. App. Ore.  Certiorari denied.